**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

> NOT  DESIGNATED  FOR  PUBLICATION

Mark Owen Foster
Louisiana Appellate Project
P. O. Box 2057
Natchitoches LA 71457

Bryan Means
WNC  Elm B-1 DOC No. 545711
P.O. Box 1260
Winnfield, LA 71483


**REHEARING ACTION: January 13, 2010**


**Docket Number: 09   00489-KA**

**STATE OF LOUISIANA**
**VERSUS**
**BRYAN MEANS**

**Appealed from Avoyelles Parish Case No. 142140**


**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bryan Means** has this day been

    **DENIED.**




cc: Hon. Charles A. Riddle  III, Counsel for the Appellee
    Norris Joseph Greenhouse, Counsel for the Appellee